UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-20046-CR-UNGARO
04-20136-CR-UNGARO

UNITED STATES OF AMERICA

v.

MARITZA VALIENTE,
    Defendant.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant's Motions to Dismiss the Indictments in Case No. 04-20046-CR-UNGARO (D.E. 109), and Case No. 04-20136-CR-UNGARO. (D.E. 22.) Defendant filed identical motions in both cases seeking dismissal due to unconstitutional delay. The motions were referred to Magistrate Judge Andrea M. Simonton who issued a Report recommending that the motions be denied. With respect to the fraudulent income tax return case (04-20046-CR- Ungaro) the Magistrate Judge recommended that Defendant's Motion to Dismiss the Indictment be denied on the grounds, *inter alia*, that (1) the Government's efforts to locate and apprehend Defendant were reasonable and diligent; (2) that Defendant contributed to the pre-trial delay; (3) the Government did not violate Defendant's speedy trial rights by declining to interfere in ongoing state court proceedings against Defendant before executing the arrest warrant on November 5, 2008; (4) the Defendant did nothing to demand a speedy trial until filing the instant motion three months after her initial appearance; and (5) the Defendant failed to demonstrate that the delay in bringing her to trial caused her to suffer actual prejudice. (D.E. 127.)

With respect to the passport fraud case (Case No. 04-20136-CR-Ungaro), the Magistrate

Judge recommended Defendant's Motion to Dismiss the Indictment be denied finding, *inter alia,* (1) the Government was not negligent in its effort to locate Defendant between March 4, 2004 and the present and that the delay was caused by Defendant's intentional efforts to evade arrest; (2) the Defendant failed to demonstrate that she timely asserted her right to a speedy trial; (3) and that there is no evidence in the record showing that Defendant's the defense will be compromised in any way due to the passage of time between the alleged passport fraud and trial. (*Id.*)

The Defendant filed objections to the Magistrate Judge's report and the Government filed a response thereto. However, the Court notes Defendant merely states conclusory objections to the Magistrate Judge's Report. Additionally, Defendant requests entry of an order-re-opening the hearing to allow the Defendant to testify to whether she had knowledge of the pending charges and whether she intentionally avoided arrest on those charges.

Putting aside Defendant's bare objections, the Court agrees with the Magistrate Judge's conclusions as to both cases, particularly her findings that the Government's efforts to locate and apprehend Defendant in both cases were reasonable and diligent, and that Defendant contributed to the pre-trial delay in these cases by intentionally employing efforts to evade law enforcement. The Court also perceives no need to re-open the hearing since the Defendant's offer comes only after the Magistrate Judge issued extensive and detailed findings of act and conclusions of law resolving the motions against Defendant, the Defendant was given an opportunity to testify during the lengthy hearing but declined to do so, and the Defendant has not proffered her proposed testimony, thereby rendering her claim that she can testify to relevant material facts highly speculative.

Having conducted a *de novo* review of the record, and being otherwise fully informed in

the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

DONE and ORDERED in Chambers, at Miami, Florida this 11th day of May, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record.